FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 MAY 22 PM12 55
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

## INDICTMENT FOR ASSAULT ON A FEDERAL
## OFFICER AND DAMAGE TO GOVERNMENT PROPERTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 26-132 |
| v. | * | SECTION: SECT. C MAG. 5 |
| | * | VIOLATION: 18 U.S.C. § 111(a)(1)(A) |
| JAIRO YOEL MONTOYA-AMADOR | | 18 U.S.C. § 1361 |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Assault on a Federal Officer)

On or about May 14, 2026, in the Eastern District of Louisiana, the defendant, **JAIRO YOEL MONTOYA-AMADOR**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with G.R., a Deportation Officer with Immigration and Customs Enforcement – Enforcement and Removal Operations, while G.R. was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1)(A).

✓ Fee USA
___Process___
X Dktd
___CtRmDep___
___Doc.No.___

## COUNT 2
(Damage to Government Property)

On or about May 14, 2026, in the Eastern District of Louisiana, the defendant, **JAIRO YOEL MONTOYA-AMADOR,** willfully and by means of using a vehicle to attempt to force his way out of a law enforcement operation, did injure and commit a depredation against property of the United States and of any department or agency thereof, specifically a 2023 Nissan Maxima belonging to the Department of Homeland Security, and the resulting damage was more than $1,000, in violation of Title 18, United States Code, Section 1361.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 2, the defendant, **JAIRO YOEL MONTOYA-AMADOR**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and (G) and Title 28, United States Code, Section 2461, any property, real or personal, and all assets, foreign or domestic—

(i) of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

(ii) acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b(g)(5) against the United States, citizens or residents of the United States, or their property;

2

(iii)    derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or

(iv)    of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism (as defined in section 2331) against any international organization (as defined in section 209 of the State Department Basic Authorities Act of 1956 (22 U.S.C. 4309(b)) or against any foreign Government. Where the property sought for forfeiture is located beyond the territorial boundaries of the United States, an act in furtherance of such planning or perpetration must have occurred within the jurisdiction of the United States.

3. If any of the above-described property, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

A TRUE BILL:

DAVID I. COURCELLE
UNITED STATES ATTORNEY

SPIRO LATSIS
Assistant United States Attorney
Louisiana Bar Roll No. 24517

New Orleans, Louisiana
May 22, 2026

4

FORM OBD-34

No._____

## UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

### THE UNITED STATES OF AMERICA

vs.

### JAIRO YOEL MONTOYA-AMADOR

### INDICTMENT FOR ASSAULT
### ON A FEDERAL OFFICER AND
### DAMAGE TO GOVERNMENT PROPERTY

VIOLATIONS:    18 U.S.C. § 111(a)(1)(A)
18 U.S.C. § 1361

*A true* ██████████████████████

*Filed in open court this* _____ *day of* _____
_____ *A.D. 2026.*

_____
*Clerk*

*Bail, $* _____
_____

**SPIRO LATSIS**
**Assistant United States Attorney**